In the Matter of RONALD D. ROSSBOROUGH, Appellant, v HALA Y. ALATAWNEH, Respondent.

Submitted July 27, 2015; decided October 20, 2015

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as affirmed the dismissal of the application to adjudicate respondent in violation of prior visitation orders, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the

meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.